# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| FRESHWATER ACCOUNTABILITY PROJECT,<br>             Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and COLONEL ANDREW J. SHORT, COMMANDER, UNITED STATES ARMY CORPS OF ENGINEERS, PITTSBURGH DISTRICT,<br>             Federal Defendants. | Case No. 2:20-cv-6273<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Elizabeth P. Deavers |

## ORDER

The Court, upon consideration of the Parties' Joint Motion to Stay Summary Judgment Briefing Pending Administrative Revocation of Permit at Permittee's Request (ECF No. 27), **GRANTS** the foregoing motion. All filings related to summary judgment are hereby **STAYED** until June 14, 2021, after which the Parties shall submit a status report or any other filing as appropriate.

    **IT IS SO ORDERED.**

**Date: 4/30/2021**　　　　　　　　　　　s/Edmund A. Sargus, Jr.

                                               **EDMUND A. SARGUS, JR.**
                                               **UNITED STATES DISTRICT JUDGE**